JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZYRCUITS IP LLC,** | Case No. 2:20-cv-05801-AB-AGR |
| Plaintiff, | |
| | **[PROPOSED]** **ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| **ACCTON TECHNOLOGY CORPORATION USA,** | |
| Defendant. | |

This matter is before the Court on Plaintiff Zyrcuits IP LLC's Notice of Voluntary Dismissal **without prejudice**. Defendant has not yet answered the Complaint or moved for Summary Judgment. Being so advised, the Court hereby finds that the request should be GRANTED. It is, therefore, ORDERED that this matter be dismissed **without prejudice.**

Dated: December 18, 2020

_____
UNITED STATES DISTRICT COURT
Honorable André Birotte Jr.